**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Javier MARTINEZ, Defendant–Appellant.**

**No. 08–14381 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 22, 2009.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Rosemary T. Cakmis, Donna Lee Elm, Federal Public Defender, Orlando, FL, for Defendant–Appellant.

Before BLACK, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Javier Martinez in this appeal of the district court's denial of Martinez's sentence reduction, pursuant to 18 U.S.C. § 3582, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is GRANTED, and the

denial of Martinez's 18 U.S.C. § 3582 sentence reduction is AFFIRMED.